UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SLATTEN, LLC, et al. | CIVIL ACTION |
| VERSUS | NO: 13-673 |
| ROYAL CARIBBEAN CRUISES LTD., et al. | SECTION: R(5) |

**ORDER**

Beverley Navigation, Inc. and Pleiades Shipping Agents, S.A., owners and operators of the crude oil tanker NESTOS (collectively "Beverley") move in limine to strike evidence of Bouchard Transportation Co., Inc.'s loss of use claim. This is a motion for partial summary judgment masquerading as a motion in limine. Because the motion was filed after the Court's summary judgment deadline and with no showing of good cause for an extension of that deadline,[1] the Court denies the motion. The Court will hear the issues presented at the trial on the merits.

New Orleans, Louisiana, this __31st__ day of October, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] The motion was submitted on October 21, 2014, well past the Court's Scheduling Order deadline of September 24, 2014. *See* R. Doc. 58 at 1.